RECEIVED

PROB 22
(Rev. 2/88)

APR 22 2002 **TRANSFER OF JURISDICTION**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 4:98CR84 SNL |

**FILED**

APR 2 2 2002

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 0 2 C R 5 0 0 2 9 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| MCGINNIS, John<br>214 Park Drive<br>Sterling, Illinois 61081 | Eastern District of Missouri | St. Louis |

**FILED** APR 2 2 2002 U. S. DISTRICT COURT **EASTERN DISTRICT OF MO**

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Stephen N. Limbaugh |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>November 9, 2001 | TO<br>November 8, 2004 |
|---|---|---|

| OFFENSE |
|---|
| Count One: 21 U.S.C., Section 846 |

DOCKETED

APR 2 6 2002

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of Missouri, St. Louis</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for Northern District of Illinois, Western Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| <u>3 April '02</u><br>*Date* | <u>/s/ Stephen N. Limbaugh</u><br>*United States District Judge* |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois, Western Division

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| <u>4-16-02</u><br>*Effective Date* | <u>/s/ Philip G. Reinhard</u><br>*United States District Judge* |
|---|---|

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD. CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _Andrea Luisette_ DEPUTY CLERK

# 66

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4-98CR00084SNL |
| JOHN McGINNIS, and | ) |
| ALBERT PASLEY, | ) |
| Defendants. | ) |

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about January, 1997, and November 1, 1997, in the Eastern District Of Missouri and elsewhere, the defendants,

**JOHN McGINNIS, and
ALBERT PASLEY,**

did knowingly and intentionally conspire, confederate and agree together, with each other and with other persons, both known and unknown to the grand jury, to commit the following offense against the United States: knowingly and intentionally possessing with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

### OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the

following overt acts:

(1) In or about January, 1997, the defendant JOHN McGINNIS and a confidential informant Steven Miller engaged in a conversation relating to the purchase of marijuana in order to sell said marijuana and make some money;

(2) In or about September, 1997, the defendant JOHN McGINNIS and confidential informant Steve Miller engaged in a telephone conversation in which they made arrangements to meet and discuss plans to purchase 400 lbs of marijuana;

(3) In or about September 22, 1997, in the Eastern District of Missouri, ALBERT PASLEY, JOHN McGINNIS, and Steve Miller met and discussed their purchase of 400 lbs. of marijuana to be resold for profit;

(4) During October, 1997, JOHN McGINNIS and Steve Miller engaged in telephone conversations planning the purchase of a quantity of marijuana by JOHN McGINNIS and ALBERT PASLEY; and

(5) On or about October 18, 1997, in the Eastern District of Missouri, ALBERT PASLEY met with Steve Miller and gave him approximately $10,000 cash as downpayment on the purchase of 200 lbs. of marijuana by ALBERT PASLEY and JOHN McGINNIS. In exchange, Miller gave ALBERT PASLEY 200 lbs. of marijuana which was to be sold in Illinois immediately.

In violation of Title 21, United States Code, Section 846.

## COUNT II

The Grand Jury further charges that:

On or about October 18, 1997, within the Eastern District of

2

Missouri, the defendants,

**JOHN McGINNIS, and
ALBERT PASLEY,**

did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

EDWARD L. DOWD, JR.
United States Attorney

_____
DEAN R. HOAG, #6426
Assistant United States Attorney

3

AO 245B (Rev. 8/96) Sheet 1- Judgment in a Crim. Case

# United States District Court

### Eastern District of Missouri

**FILED**

SEP 2 9 1998

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| JOHN McGINNIS | Case Number: 4:98CR84 SNL |
|  | Ilene A. Goodman |
|  | Defendant's Attorney |

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO.
ST. LOUIS

## THE DEFENDANT:

☒ pleaded guilty to count(s)   1 of the indictment on July 1, 1998

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Possess With Intent to Distribute Marijuana | November 1, 1997 | 1 |

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _Andrea Lusetti_
DEPUTY CLERK

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 2 _____ is     dismissed on the motion of the United States.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendants Soc. Sec. No.:   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

Defendant's Date of Birth:   05/25/45

Defendant's USM No.:   08890-026

Defendant's Residence Address:

1501 E. Gardner Lane, Apt. 1128

Peoria, Illinois 61614

Defendant's Mailing Address:

See Above

September 29, 1998

Date of Imposition of Judgment

_Stephen N. Limbaugh_

Signature of Judicial Officer

Stephen N. Limbaugh

U.S. Distirct Judge

Name & Title of Judicial Officer

September 29, 1998

Date



AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

Judgment-Page __2__ of __7__

DEFENDANT: JOHN McGINNIS

CASE NUMBER: 4:98CR84 SNL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __45 months.__

☒ The court makes the following recommendations to the Bureau of Prisons:

that defendant receive jail time credit for time served under 18 USA Sec. 3585 (b).
The Court further recommends that that defendant be placed at the prison camp in Greenville, Illinois.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./pm on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy U.S.. Marshal

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

Judgment-Page  3  of  7

DEFENDANT:  JOHN McGINNIS

CASE NUMBER:  4:98CR84 SNL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  3 years.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

    The defendant shall not commit another federal, state, or local crime.

    The defendant shall not illegally possess a controlled substance.

*For offenses committed on after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

Judgment-Page ___4___ of ___7___

DEFENDANT: JOHN McGINNIS

CASE NUMBER: 4:98CR84 SNL

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

2. The defendant shall participate, as directed by the probation officer, in a drug or alcohol abuse treatment program which may include substance abuse testing, counseling, residence in a community Corrections Center, residence in a comprehensive Sanctions Center, or inpatient treatment in a treatment center or hospital.

AS 245B (Rev. 8196) Sheet 5, Part A - Criminal Monet  nalties

DEFENDANT:  JOHN McGINNIS

CASE NUMBER:  4:98CR84 SNL

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Count 1 | $100.00 | | |
| | | | |
| | | | |
| Totals: | $100.00 | | |

☐ If applicable, restitution amount ordered pursuant to plea agreement ....................................

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |
| Totals: | | | |

* Findings for the total amount of losses are required under Chapters 1 09A, 1 10, 1 1OA, and 11 3A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 8/96) Sheet 5, Part B - Criminal Monetary Penalties

Judgment-Page __6__ of __7__

DEFENDANT: JOHN McGINNIS

CASE NUMBER: 4:98CR84 SNL

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ , or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ installments of _____ over a period of _____ to commence _____ after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐  Joint and Several

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245B (Rev. 8/96) Sheet 6 - Statement of Reasons

Judgment-Page  7  of  7

DEFENDANT: JOHN McGINNIS

CASE NUMBER: 4:98CR84 SNL

## STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

### OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

Guideline Range Determined by the Court:

Total Offense Level: _____

Criminal History Category: _____

Imprisonment Range: _____ to _____ months

Supervised Release Range: _____ to _____ years

Fine Range: _____ to _____

  ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: _____

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 1 09A, 110, 11OA, and 11 3A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

### OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

### OR

☒ The sentence departs from the guideline range:

  ☒ upon motion of the government, as a result of defendant's substantial assistance.

  ☐ for the following specific reason(s):

☐E☐&k2S☐&114C☐&11E☐&17.64C☐&a1L☐&a132M☐&166F☐E☐&k2S☐&114C☐&11E☐&17.64C☐&a0L☐&16
P         UNITE STATES DISTRICT COURT - EASTERN MISSOURI
            INTERNAL RECORD KEEPING


      AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED AND FAXED TO THE FOLLOWING
      INDIVIDUALS ON 10/01/98 by aluisett
               4:98cr84    USA vs McGinnis



      Eric Butts - 2761              Fax: 314-621-7448
       Fed Public Defender -       Fax: 314-421-3177
      Ilene Goodman - 30932       Fax: 314-421-3177
      Dean Hoag - 6426            Fax: 314-539-2309
☐E

SCANNED & FAXED BY:

OCT - 1 1998

J. M. W.

TERMED 6/15J

U.S. District Court
Eastern District of Missouri (Eastern)

CRIMINAL DOCKET FOR CASE #: 98-CR-84-ALL

USA v. McGinnis, et al                                   Filed: 02/25/98
Dkt # : is  :98-m -06010

Case Assigned to:  Honorable Stephen N. Limbaugh

JOHN MCGINNIS (1) , 4531 Aspen        Ilene A. Goodman
Lane, Maywood, MO 63454                 [term  09/30/98]
      defendant                         314-421-3177 fax
   [term  09/30/98]                      [COR LD NTC pda]
                                        Fed Public Defender
                                         [term  03/06/98]
                                        314-421-3177 fax
                                         [COR LD NTC pda]
                                        FEDERAL PUBLIC DEFENDER
                                        1010 Market Street
                                        Suite 200
                                        St. Louis, MO 63101
                                        314-241-1255
                                        FTS 421-3177


Pending Counts:                       Disposition

21:846=MD.F CONSPIRACY TO             Defendant is committed to the
DISTRIBUTE MARIJUANA                  US-BOP to be imprisoned for a
(1)                                   term of 45 months.  Defendant
                                      shall be on supervised
                                      release for a term of 3 years.
                                      Defendant shall pay a
                                      special assessment fee of
                                      $100.00 due immediately.
                                      (1)

Offense Level (opening): 4


Terminated Counts:                    Disposition

21:841A=MD.F MARIJUANA - SELL,        Dismissed on motion of the USA.
DISTRIBUTE, OR DISPENSE               (2)
(2)


Offense Level (disposition): 4


A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____ DEPUTY CLERK

```
Proceedings Include All Events.                        TERMED
4:98cr84-ALL USA v. McGinnis, et al
                                                          6/15J
```

Complaints:

    NONE


========================

Case Assigned to:  Honorable Stephen N. Limbaugh

ALBERT PASLEY (2)                Eric W. Butts
     defendant                   [term  07/17/98]
[term  07/17/98]                 314-621-7448 fax
                                 [COR LD NTC cja]
                                 720 Olive
                                 Suite 2301
                                 St. Louis, MO 63101
                                 314-621-1617
                                 FTS 621-7448


Pending Counts:                        Disposition

21:846=MD.F CONSPIRACY TO        This Deft is committed to the
DISTRIBUTE MARIJUANA             custody of the BOP for a term
(1)                              of 37 months on count one and
                                 37 months on count two, each
                                 to run concurrently.
                                 Supervised Release for a term
                                 of        three years on counts
                                 one and two to run
                                 concurrently.      (1)


21:841A=MD.F MARIJUANA - SELL,   This Deft is committed to the
DISTRIBUTE, OR DISPENSE          custody of the BOP for a term
(2)                              of 37 months on count one and
                                 37 months on count two, each
                                 to run concurrently.
                                 Supervised Release for a term
                                 of        three years on counts
                                 one and two to run
                                 concurrently.      (2)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

Docket as of April 24, 2002 11:27 am              Page 2

```
Proceedings Include All Events.                        TERMED
4:98cr84-ALL USA v. McGinnis, et al
                                                          6/15J
```

    NONE


U. S. Attorneys:

    Dean R. Hoag
    314-539-7695 fax
    [COR LD NTC]
    OFFICE OF U.S. ATTORNEY
    111 S. Tenth Street
    20th Floor
    St. Louis, MO 63102
    314-539-2200
    FTS 539-7695

Proceedings Include All Events.                                    TERMED
4:98cr84-ALL USA v. McGinnis, et al
                                                                   6/15J

2/25/98   1    INDICTMENT (referred to  Mag Judge Thomas C. Mummert ) by
               USA ; Counts filed against John McGinnis (1) count(s) 1, 2,
               Albert Pasley (2) count(s) 1, 2 (glf) [Entry date 02/25/98]

2/25/98   2    APPEARANCE for plaintiff USA by Attorney Dean R. Hoag (glf)
               [Entry date 02/25/98]

2/25/98   3    MOTION for detention  as to defendant: McGinnis, and for
               hearing  as to defendant: McGinnis  by USA (glf)
               [Entry date 02/25/98] [Edit date 03/03/98]

2/25/98   --   ARREST Warrant issued for John McGinnis (glf)
               [Entry date 02/25/98]

2/25/98   --   ARREST Warrant issued for Albert Pasley (glf)
               [Entry date 02/25/98]

2/27/98   --   ARREST of defendant John McGinnis  on 2/27/98 (kec)
               [Entry date 02/27/98]

2/27/98   4    MINUTES:  before Mag Judge Frederick Buckles  initial
               appearance of John McGinnis ; No Attorney(s)  present for
               defendant;,Advised of Rights, Nature of Offense, and given
               a copy of Indictment.  Court to appoint Counsel,  Oral
               Report from Pretrial Services by Officer James Smith  ;
               detention hearing set for 9:30 3/3/98 for John McGinnis
               Magistrate Judge Buckles; arraignment set for 9:00 3/3/98
               for John McGinnis before Magistrate Judge Mummert referred
               to Mag Judge Frederick Buckles the motion for detention as
               to defendant: McGinnis [3-1]  as to defendant McGinnis ;
               Defendant Location: Custody;  court reporter: C. Liddy;
               proceedings started: 11:10 am - ended: 11:20 am (glf)
               [Entry date 03/03/98]

2/27/98   --   ORDER as to defendant John McGinnis by Mag Judge Frederick
               Buckles dft is in need of counsel, the Court will appoint
               the Federal Public Defender to represent the dft (cc: all
               counsel, USPT, USP, USM) (llw) [Entry date 03/06/98]

3/3/98    5    MINUTES:  before Mag Judge Thomas C. Mummert re [3-1]
               finding the motion for detention  as to defendant: McGinnis
               [3-1]  moot.  as to defendant MCGinnis ; Defendant
               Location: Custody;  court reporter: S. Tomlinson;
               proceedings started: 9:40 - ended: 9:45 (lsd)
               [Entry date 03/04/98]

3/3/98    6    MINUTES:  before Mag Judge Thomas C. Mummert  arraignment
               held on 3/3/98 ; motion/evidentiary hearing set for 9:00
               3/30/98 for John McGinnis ; jury trial set for 9:30 6/15/98
               for John McGinnis  as to defendant McGinnis ; Defendant
               Location: Custody;  court reporter: L. Wildermuth/ECRO;
               proceedings started: 9:05 - ended: 9:10 (lsd)
               [Entry date 03/04/98]

Proceedings Include All Events.                                    TERMED
4:98cr84-ALL USA v. McGinnis, et al

6/15J

3/3/98·    7      ORDER PRETRIAL MOTIONS  by Mag Judge Thomas C. Mummert
                  Disclose suppresible evidence: 3/8/98.  Each party to file
                  Pretrial disclosure: 3/8/98. Each party to respond to
                  Pretrial disclosure: 3/13/98. See order for details (lsd)
                  [Entry date 03/04/98]

3/4/98     8      ORDER of Detention  by Mag Judge Frederick Buckles as to
                  John McGinnis (cc: all counsel, USPT, USP, USM) (llw)
                  [Entry date 03/06/98] [Edit date 03/10/98]

3/4/98     --     ARREST of defendant Albert Pasley  on 3/4/98 in USDC CDIL
                  Peoria IL (ljk) [Entry date 03/09/98]

3/6/98     9      SUBSTITUTION of Attorney Ilene A. Goodman replacing
                  attorney Fed Public Defender for John McGinnis (bak)
                  [Entry date 03/09/98]

3/6/98     10     ARREST Warrant returned executed as to John McGinnis on
                  2/27/98 (lsd) [Entry date 03/10/98]

3/9/98     11     RULE 40 Documents received from District of Central IL as
                  to defendant Albert Pasley  including:  docket sheets;
                  agreement to forfeit property; appearance bond in the amt.
                  of $15,000 secured by property; order setting conditions of
                  release; waiver of Rule 40 hearings (lsd)
                  [Entry date 03/10/98]

3/10/98    12     MINUTES:   before Mag. Judge Terry I. Adelman  initial
                  appearance of Albert Pasley ; No Attorney(s)  present for
                  Defendant;,  Bond set for Albert Pasley per initial
                  appearance in the Southern District of Illinois, conditions
                  of bond to remain the same,Defendant advised of; Nature of
                  Offense, Right to remain silent, Right to an Attorney, if
                  indigent, Right to have attorney appointed by the Court.
                  Defendant requests appointment of counsel ; arraignment
                  set for 2:30 3/10/98 for Albert Pasley before Magistrate
                  Mummert as to defendant Pasley ; Defendant Location: Bond;
                  court reporter: G. Freeman; proceedings started: 11:20 am -
                  ended: 11:25 am (glf) [Entry date 03/12/98]

3/10/98    13     CJA Form 23 (Financial Affidavit) as to Albert Pasley (glf)
                  [Entry date 03/12/98]

3/10/98    14     CJA Form 20 Copy 4 (Appointment of Counsel) Appointed Eric
                  Butts, Attorney for defendant Albert Pasley (glf)
                  [Entry date 03/12/98]

Proceedings Include All Events.                          TERMED
4:98cr84-ALL USA v. McGinnis, et al

                                                          6/15J

3/10/98  15    MINUTES:   before Mag Judge Thomas C. Mummert  dft Albert
               Pasley  arraigned; Not Guilty plea entered; Attorney
               present;,  motion/evidentiary hearing set for 3:30
               3/30/98 for Albert Pasley  before Magistrate Mummert; jury
               trial set for 9:30 5/15/98 for Albert Pasley before
               District Judge Limbaugh as to defendant Pasley ; Defendant
               Location: Bond; court reporter: L. Wildermuth; proceedings
               started: 2:35 pm - ended: 2:40 pm (glf)
               [Entry date 03/12/98]

3/10/98  16    ORDER PRETRIAL MOTIONS  by Mag Judge Thomas C. Mummert  ;
               motion filing ddl set for 3/25/98 for Albert Pasley
               Disclose suppresible evidence: March 29, 1998.  Each party
               to file Pretrial disclosure: March 15, 1998. Each party to
               respond to Pretrial disclosure: March 20, 1998. Evidentiary
               Hearing set for March 30, 1998 at 3:30 pm before Magistrate
               Mummert. (glf) [Entry date 03/12/98]

3/10/98  17    ORDER as to defendant McGinnis and Pasley by Mag Judge
               Thomas C. Mummert  ; motion/evidentiary hrg set for 3:30
               3/3/98 for John McGinnis, for Albert Pasley (changed from
               3/30/98 at 9:00am) (cc: all counsel, USPT, USP, USM) (glf)
               [Entry date 03/12/98]

3/13/98  --    ARREST Warrant returned executed as to Albert Pasley on
               3/3/98 (llw) [Entry date 03/16/98]

3/18/98  18    ORDER by Mag Judge Thomas C. Mummert  ; motion/evidentiary
               hrg reset for 9:30 4/1/98 for John McGinnis, for Albert
               Pasley (cc: all counsel, USPT, USP, USM) (lsd)
               [Entry date 03/19/98]

3/24/98  19    MOTION to suppress Evidence & Statements as to defendant
               John McGinnis by John McGinnis; LEAVE TO FILE GRANTED (llw)
               [Entry date 03/25/98]

3/24/98  20    MOTION  to dismiss count(s) (Indictment) as to John
               McGinnis (1) count(s) 1, 2  by John McGinnis; LEAVE TO
               FILE GRANTED (llw) [Entry date 03/25/98]

4/1/98   21    RESPONSE by plaintiff USA  to motion  to dismiss count(s)
               (Indictment) as to John McGinnis (1) count(s) 1, 2 [20-1],
               motion to suppress Evidence & Statements as to defendant
               John McGinnis [19-1] (llw) [Entry date 04/01/98]

4/1/98   22    MINUTES:   before Mag Judge Thomas C. Mummert  pretrial
               motions satisfied on 4/1/98 ; motion/evidentiary hearing
               held  4/1/98  as to defendant McGinnis ; Defendant
               Location: Bond;  court reporter: L.Wildermuth (Ecro);
               proceedings started: 9:40 am - ended: 10:00 am  The Court
               has heard the testimony on the Motion to suppress and takes
               the matter under submission. (glf) [Entry date 04/03/98]

Proceedings Include All Events.                                          TERMED
4:98cr84-ALL USA v. McGinnis, et al

                                                                          6/15J

4/1/98 · 23      MINUTES:   before Mag Judge Thomas C. Mummert  pretrial
                 motions satisfied on 4/1/98 ; motion/evidentiary hearing
                 held  4/1/98  as to defendant Pasley ; Defendant Location:
                 Bond;  court reporter: L.Wildermuth, (Ecro); proceedings
                 started: 9:40 am - ended: 9:50 am  Defendant indicates that
                 he does wish to waive & withdraw any pending pretrial
                 Motions.  The Court Grants the same. (glf)
                 [Entry date 04/03/98]

4/2/98   24      LETTER from Magistrate Judge Thomas C. Mummert to District
                 Judge Stephen Limbaugh re: On the date the pre-trial
                 motions were scheduled for hearing, counsel for the
                 defendant Albert Pasley advised the Court that no pre-trial
                 motions would be filed on behalf of his client. The
                 government has filed no pre-trial motions. Therefore, no
                 recommendation will be forthcoming from Judge Mummert in
                 this matter. A Report and Recommendation will be provided
                 to Judge Limbaugh regarding co-defendant John McGinnis. (bak)
                 [Entry date 04/03/98]

4/3/98   25      LETTER to counsel re: withdrawal of pretrial mtns. (kec)
                 [Entry date 04/06/98]

4/3/98   26      MARSHAL'S RETURN  of writ of habeas corpus ad testificandum
                 executed on 3/31/98 & 4/1/98 as to John McGinnis (lsd)
                 [Entry date 04/07/98]

4/7/98   27      ORDER as to defendant Albert Pasley by Honorable Stephen N.
                 Limbaugh  ; change of plea hearing set for 2:00 4/17/98
                 for Albert Pasley (cc: all counsel, USPT, USP, USM) (bak)
                 [Entry date 04/10/98]

4/23/98  28      MINUTES:   before Honorable Stephen N. Limbaugh  jury
                 trial cancelled on 3/3/98 change of plea hearing held on
                 4/23/98 ; sentencing hearing set for 1:00 7/23/98 for
                 Albert Pasley guilty plea entered by Albert Pasley ;
                 objection to PSR deadline set for 5/14/98 for Albert as to
                 defendant Albert Palsey ; Defendant Location: BOND; court
                 reporter: gary bond; proceedings started: 11:15 - ended:
                 11:35 (jwj) [Entry date 04/24/98]

4/23/98  29      Presentence report order form issued for defendant Albert
                 Pasley signed by Eric W. Butts  cc:Probation (jwj)
                 [Entry date 04/24/98]

4/23/98  30      STIPULATION OF FACTS RELATIVE TO SENTENCING by Albert
                 Pasley regarding [28-2] (jwj) [Entry date 04/24/98]

4/30/98  31       REPORT AND RECOMMENDATION concerning motion  to dismiss
                 count(s) (Indictment) as to John McGinnis (1) count(s) 1, 2
                 [20-1], motion to suppress Evidence & Statements as to
                 defendant John McGinnis [19-1]  by Mag Judge Thomas C.
                 Mummert  ; Objection to RR ddl 5/11/98. Memorandum in
                 support attached. (cc: all counsel, USPT, USP, USM) (bak)

Proceedings Include All Events.                                    TERMED
4:98cr84-ALL USA v. McGinnis, et al
                                                                   6/15J

                    [Entry date 05/01/98] [Edit date 05/01/98]

5/8/98    32    OBJECTIONS by John McGinnis  to Report and Recommendation
                [31-1] (bak) [Entry date 05/11/98]

6/8/98    33    MOTION for order  by USA (FILED UNDER SEAL) (lah)
                [Entry date 06/09/98]

6/8/98    33    RULED DOCUMENT  by Mag Judge Lawrence O. Davis  granting
                motion for order [33-1]  (FILED UNDER SEAL) (cc: all
                counsel, USPT, USP, USM) (lah) [Entry date 06/09/98]

6/10/98   34    ORDER by Honorable Stephen N. Limbaugh  ; change of plea
                hearing set for 11:00 7/1/98 for John McGinnis (cc: all
                counsel, USPT, USP, USM) (lah) [Entry date 06/12/98]

6/19/98   35     ORDER as to defendant John McGinnis by Honorable Stephen
                N. Limbaugh adopting  report and recommendation motion
                REPORT AND RECOMMENDATION concerning motion  to dismiss
                count(s) (Indictment) as to John McGinnis (1) count(s) 1, 2
                [20-1], motion to suppress Evidence & Statements as to
                defendant John McGinnis [19-1] [31-1], denying motion  to
                dismiss count(s) (Indictment) as to John McGinnis (1)
                count(s) 1, 2 [20-1], denying motion to suppress Evidence &
                Statements as to defendant John McGinnis [19-1] (cc: all
                counsel, USPT, USP, USM) (bdc) [Entry date 06/23/98]

7/1/98    36    MINUTES:  before Honorable Stephen N. Limbaugh  guilty
                plea entered by John McGinnis  ; objection to PSR deadline
                set for 9/3/98 for John McGinnis, for USA,  jury trial
                held on 7/1/98 change of plea hearing held on 7/1/98 ;
                sentencing hearing set for 11:30 9/24/98 for John McGinnis
hn McGinnis ; Defendant Location: ;
                court reporter: Lynn Shrum;  proceedings started: 1120am -
                ended: 1135am (bdc) [Entry date 07/02/98]

7/1/98    37    STIPULATION OF FACTS RELATIVE TO PLEA Agreement and
                Sentencing as to John McGinnis (bdc) [Entry date 07/02/98]

7/9/98    38     ACCEPTANCE TO PSR by Albert Pasley. (lah)
                [Entry date 07/09/98]

7/13/98   39    MOTION to continue sentencing  as to defendant Albert
                Pasley by Albert Pasley (bdc) [Entry date 07/13/98]

7/13/98   40  IMG  RULED DOCUMENT  by Honorable Stephen N. Limbaugh granting
                motion to continue sentencing  as to defendant Albert
                Pasley [39-1]  ; sentencing hearing set for 2:00 7/17/98
                for Albert Pasley (cc: all counsel, USPT, USP, USM) (bdc)
                [Entry date 07/13/98]

Proceedings Include All Events.                          TERMED
4:98cr84-ALL USA v. McGinnis, et al
                                                              6/15J

7/14/98  41  IMG  ORDER as to defendant Albert Pasley by Honorable Stephen
                  N. Limbaugh ; sentencing hearing is re set for 2:00
                  7/17/98 for Albert Pasley (cc: all counsel, USPT, USP,
                  USM) (bdc) [Entry date 07/15/98]

7/17/98  42       RECEIPT # S98-008088 in the amount of $ 200.00 for
                  special assessment as to Albert Pasley (bdc)
                  [Entry date 07/21/98]

7/17/98  43       MINUTES:  before Honorable Stephen N. Limbaugh
                  sentencing hearing held on 7/17/98 as to defendant Albert
                  Pasley ; Defendant Location: BOND; court reporter: Lynn
                  Shrum; proceedings started: 205pm - ended: 225pm (bdc)
                  [Entry date 07/21/98]

7/17/98  44       PRESENTENCE Report on Albert Pasley (bdc)
                  [Entry date 07/21/98]

7/17/98  45  IMG  JUDGMENT by Honorable Stephen N. Limbaugh as to Albert
                  Pasley sentencing Albert Pasley (2) count(s) 1, 2 .
                  This Deft is committed to the custody of the BOP for a term
                  of 37 months on count one and 37 months on count two, each
                  to run concurrently.  Supervised Release for a term of
                  three years on counts one and two to run concurrently.,
                  terminating party Albert Pasley (cc: all counsel, USPT,
                  USP, USM) (bdc) [Entry date 07/21/98]

8/3/98   46       MOTION for order to reopen issue of detention due to
                  change in circumstances as to defendant John McGinnis by
                  John McGinnis (lah) [Entry date 08/04/98]

8/27/98  47       ACCEPTANCE TO PSR by USA ; objection to PSR deadline met
                  on 8/27/98 as to deft John McGinnis (bdc)
                  [Entry date 08/31/98]

8/31/98  48       MARSHAL'S RETURN of judgment executed on 8/24/98 as to
                  Albert Pasley (lah) [Entry date 09/01/98]

9/2/98   49       ACCEPTANCE TO PSR by John McGinnis (lah)
                  [Entry date 09/03/98]

9/18/98  50       ORDER by Mag Judge Frederick Buckles denying motion for
                  order to reopen issue of detention due to change in
                  circumstances as to defendant John McGinnis [46-1] (cc: all
                  counsel, USPT, USP, USM) (lah) [Entry date 09/21/98]

9/23/98  51       ACCEPTANCE TO PSR by USA as to deft John McGinnis (lah)
                  [Entry date 09/24/98]

9/24/98  52  IMG  ORDER by Honorable Stephen N. Limbaugh ; sentencing
                  hearing set for 1:00 9/29/98 for John McGinnis (cc: all
                  counsel, USPT, USP, USM) (lah) [Entry date 09/24/98]

Proceedings Include All Events.                                    TERMED
4:98cr84-ALL USA v. McGinnis, et al
                                                                   6/15J

9/29/98   53    MOTION for departure from standard sentencing  as to
                defendant: John McGinnis  by USA   (FILED UNDER SEAL) (lah)
                [Entry date 09/29/98]

9/29/98   54    MINUTES:   before Honorable Stephen N. Limbaugh
                sentencing hearing held on 9/29/98; J&C to follow  as to
                defendant John McGinnis ; Defendant Location: Custody;
                court reporter: Lynn Shrum; proceedings started: 1:10 -
                ended: 1:25 (arl) [Entry date 09/30/98]

9/29/98   55    PRESENTENCE REPORT FILED UNDER SEAL on John McGinnis (arl)
                [Entry date 09/30/98]

9/30/98   56 IMG  JUDGMENT by Honorable Stephen N. Limbaugh as to John
                McGinnis  sentencing  John McGinnis (1) count(s) 1.
                Defendant is committed to the US-BOP to be imprisoned for a
                term of 45 months.  Defendant shall be on supervised
                release for a term of 3 years.  Defendant shall pay a
                special assessment fee of $100.00 due immediately.,
                dismissing counts as to John McGinnis (1) count(s) 2.
                Dismissed on motion of the USA.,  case terminated (cc:
                all counsel, USPT, USP, USM) (arl) [Entry date 10/01/98]

11/24/98 57     MARSHAL'S RETURN of judgment executed on 11/16/98  Deft
                delivered to: FPC, Greenville, IL as to John McGinnis (set)
                [Entry date 11/25/98]

11/30/98 58     CJA Form 20 (Attorney Payment Voucher) paid to Eric Butts,
                in the amount of $1290.00, and recorded on voucher number
                0789188  as to Albert Pasley (set) [Entry date 12/01/98]

4/28/99   59    RECEIPT # s99-5516  in the amount of $ 25.00  for special
                assessment  BOP payment date: 3/9/99 as to John McGinnis
                (set) [Entry date 05/04/99]

7/28/99   60    RECEIPT # S99-7925  in the amount of $ 25.00  for special
                assessment  BOP payment date: 6/4/99 as to John McGinnis
                (lgk) [Entry date 07/30/99]

10/21/99 61     RECEIPT # S2000-577  in the amount of $ 25.00  for special
                assessment  BOP payment date: 9/10/99 as to John McGinnis
                (lgk) [Entry date 10/26/99]

1/26/00   62    RECEIPT # S2000-3216  in the amount of $ 25.00  for Spec.
                Assess.  BOP payment date: 12/10/99 as to John McGinnis (arl)
                [Entry date 01/26/00]

7/31/00   63 IMG  Probation Transfer  to District of Central Illinois as to
                defendant Albert Pasley sent by Clerks Office (cc:
                indictment, judgement,probation papers) (arl)
                [Entry date 08/07/00]

8/7/00    64    LETTER from USDC, Clerk to USDC, Central District of
                Illinois re Probation Transfer for defendant Albert Pasley

Proceedings Include All Events.                                    TERMED
4:98cr84-ALL USA v. McGinnis, et al

                                                                  6/15J

            (arl) [Entry date 08/07/00]

8/14/00   65     RECEIPT  for Transfer of Jurisdiction  as to Albert Pasley.
                 New case number in the Central District of Illinois
                 00-30062.  Received on 8/10/00. (arl) [Entry date 08/15/00]

4/22/02   66     Probation Transfer  to Norther District of Illinois,
                 Western District as to defendant John McGinnis sent by
                 Clerks Office (cc: indictment, judgement,probation papers)
                 (arl) [Entry date 04/24/02]

Docket as of April 24,   case selected: 4:98cr84-0